FILED

01/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0516

_____

THERMAL DESIGN, INC., a Nebraska Corporation,

        Plaintiff, Counterclaim Defendant,
        and Appellee,

    v.

MARK DUFFY, an individual; PAM DUFFY, an
individual; CENTRAL COPTERS, INC., a Montana
corporation,

        Defendants, Counterclaim Plaintiffs,
        Plaintiffs, and Appellants,

STEVE THORSON, an individual, d/b/a TNT Building
Systems, a general partnership; TRAVIS THORSON,
an individual, d/b/a TNT Building Systems, a general
partnership,

        Defendants and Crossclaim Defendants.

_____

O R D E R

        Appellants have filed an Unopposed Motion to Set Aside Order of January 18, 2022, which gave them until February 7, 2022, within which to file their opening brief. Appellants ask that the due date for the opening brief "should run from the earlier date of the filing of the mediator's report, or the expiration of the 75-day time limit . . . ." The expiration of the mediation time limit is January 30, 2022. Therefore,

        Appellants have until February 7, 2022, within which to file the opening brief.

        The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2022